## JONES *v.* FLORIDA.

No. 807, Misc.  Decided April 21, 1969.

*Phillip A. Hubbart* for petitioner.

*Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the District Court of Appeal of Florida, Third District, for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123, and *Roberts* v. *Russell,* 392 U. S. 293.